Mark P. Robinson, Jr., SBN 054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288; Fax 949-720-1292

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M:03-CV-01699-CRB <br><br> MDL No. 1699 <br><br> JUDGE BREYER |
| This document relates to: <br><br> **JAMES STANBRO and MARY STANBRO** <br> **Individual Case No. 3:06-cv-00235-CRB** | **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER CV 05-06377-VAP-SGL, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and counsel for Defendants that the Complaint of Plaintiffs JAMES STANBRO and MARY STANBRO, Case Number CV 05-06377-VAP-SGL, originally filed in the Central District of California on August 26, 2005 and later transferred to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number 3:06-cv-00235-CRB, may be and is hereby dismissed without prejudice.

1  The parties hereby stipulate that Plaintiffs will proceed in the MDL only
2  through the California action, and jurisdiction and venue for the trial of the action
3  will be proper in whichever of the following is selected by Pfizer: San Francisco,
4  Los Angeles, Missouri.
5  The parties shall each bear their own costs.

7  Dated: May 8, 2006                ROBINSON, CALCAGNIE & ROBINSON

10                                    Mark P. Robinson, Jr., SBN054426
11                                    mrobinson@rcrlaw.net
                                      Carlos A. Prietto, III, SBN 166410
12                                    cprietto@rcrlaw.net
13                                    Ted B. Wacker, SBN 157416
                                      twacker@rcrlaw.net
14                                    620 Newport Center Drive, 7th Floor
15                                    Newport Beach, CA 92660
                                      Telephone: (949) 720-1288
16                                    Fax: (949) 720-1292
17                                    *Counsel for Plaintiffs*
                                      JAMES STANBRO & MARY STANBRO
18

20  Dated: May 1?, 2006               GORDON & REES

23                                    Stuart M. Gordon, Esq.
                                      sgordon@gordonrees.com
24                                    Embarcadero Center West
25                                    275 Battery Street, 20th Floor
                                      San Francisco, CA 94111
26                                    Telephone: (415) 986-5900
27                                    Fax: (415) 986-8054
                                      *Defendants' Liaison Counsel*
28

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

4 | Dated: May 18, 2006

HONORABLE CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Stipulation and Order of Dismissal